Barbara Price, appellee, v. O. J. Johnson and Arthur V. Johnson, appellants.   Gen. No. 35,537.

Opinion filed April 5, 1932.

Miller, Gorham & Wales, for appellants; Edward R. Adams and Herbert C. De Young, of counsel.   Irving G. Zazove, for appellee; Floyd M. Kenlay, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Louis Pine, appellee, v. William S. Kleinman, appellant.

William S. Kleinman, appellant, v. Louis Pine, appellee.   Gen. No. 35,553.

Opinion filed April 5, 1932.

Harry Olson, for appellant.   Morris K. Levinson, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

Kreszens Mandl, plaintiff in error, v. Manfred Lindner, defendant in error.   Gen. No. 35,689.

Opinion filed April 25, 1932.

Leopold Saltiel, for plaintiff in error.   Pines, Morse & Stein, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Peter Petersen, appellee, v. Chicago, Milwaukee, St. Paul and Pacific Railroad Company and The Pennsylvania Railroad Company, appellants.   Gen. No. 35,758.

Opinion filed April 25, 1932.

M. L. Bluhm and Mason Bull, for appellants; C. S. Jefferson, of counsel.   Royal W. Irwin, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.